There is no Nebraska Supreme Court release of opinions for the week of November 20, 2015.